1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
12   **JACOB WRIGHT, KHRYSTYNE**          Case No. 2:15-cv-02671-TLN-CKD
     **WRIGHT and JONATHAN WRIGHT as**
13   **successors in interest of DANIEL LEE**   **ORDER GRANTING DEFENDANTS' EX**
     **WRIGHT (deceased); JACOB WRIGHT,**   **PARTE APPLICATION FOR AN**
     **individually; KHRYSTYNE WRIGHT,**   **EXTENSION OF TIME TO RESPOND**
14   **individually and JONATHAN WRIGHT,**   **TO THE COMPLAINT**
     **individually,**
15
16                                Plaintiffs,

17          **v.**

18   **CYRUS YANOS, et al.,**

19                                Defendants.

20

21          Defendants applied ex parte for a fourteen day extension of time to file a response to

22   Plaintiffs' Complaint (Doc. 1.)  Good cause appearing, Defendants' Application is **GRANTED**.

23   Defendants shall file a response by March 4, 2016.

24          **IT IS SO ORDERED.**

25

26

27   Dated: February 23, 2016                    _____
                                                  Troy L. Nunley
28                                                United States District Judge

                                         1