LAW OFFICE OF STEWART KATZ
STEWART KATZ, State Bar #127425
555 University Avenue, Suite 270
Sacramento, California 95825
Telephone: (916) 444-5678

Attorney for Plaintiffs

XAVIER BECERRA, State Bar No. 118517
Attorney General of California
JOHN P. WALTERS, STATE BAR NO. 216472
Deputy Attorney General
TIFFANY JOHNSON, STATE BAR NO. 237309
Deputy Attorney General
  600 West Broadway, Suite 1800
  P.O. Box 85266
  San Diego, CA  92186-5266
  Telephone:  (619) 738-9535
  Facsimile:  (619) 645-2581
E-mail: tiffany.johnson@doj.ca.gov

Attorneys for Defendants
A. Dunne, P. Newman, S. Suskauer, D. Smiley,
J. Ponder, and S. Heatley, M.D.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB WRIGHT, KHRYSTYNE WRIGHT and JONATHAN WRIGHT as Successors in Interest of DANIEL LEE WRIGHT (deceased); JACOB WRIGHT, Individually; KHRYSTYNE WRIGHT, Individually; and, JONATHAN WRIGHT, Individually,<br><br>        Plaintiffs,<br><br>vs.<br><br>CYRUS YANOS, et al.,<br><br>        Defendants.<br>_____/ | No. 2:15-cv-02671-TLN-CKD<br><br>**STIPULATION AND ORDER FOR AMENDMENT OF THE PLEADINGS TO PROPERLY NAME DEFENDANTS KERNAN AND LIZARRAGA** |

////

///

COME NOW THE PARTIES by and through their respective attorneys, pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(c)(1)(C), to jointly submit this stipulation for amendment of the pleadings.

Plaintiffs filed the first amended complaint in this action in which the names of defendants Kernan and Lizarraga were mistakenly identified as B. Kernan and William K. Lizarraga. Since that time, counsel for plaintiffs and counsel for defendants have agreed that those parties are properly named as Dana M. Kernan and Joe A. Lizarraga, respectively.

Accordingly, IT IS HEREBY STIPULATED THAT pursuant to Federal Rules of Civil Procedure 15(a)(2) and 15(c)(1)(C), the parties agree to permit the plaintiffs to file the attached second amended complaint properly naming defendants Kernan and Lizarraga and with no other changes.

**IT IS SO STIPULATED.**

Dated: March 2, 2018              LAW OFFICE OF STEWART KATZ

                                  /s/ Stewart Katz
                                  Stewart Katz
                                  Attorney for Plaintiff


Dated: March 2, 2018              XAVIER BECERRA
                                  Attorney General of California

                                  /s/ Tiffany Johnson
                                  Tiffany Johnson
                                  Deputy Attorney General
                                  Attorneys for Defendants


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 23, 2018

_____
Troy L. Nunley
United States District Judge