XAVIER BECERRA, State Bar No. 118517
Attorney General of California
TRACY S. HENDRICKSON, State Bar No. 155081
Supervising Deputy Attorney General
JANET N. CHEN, State Bar No. 283233
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7319
 Fax: (916) 324-5205
 E-mail: Janet.Chen@doj.ca.gov
*Attorneys for Defendants Dunne, Ponder, Kernan, Suskauer, Newman, Heatley, Smiley, and Lizarraga*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JACOB WRIGHT, KHRYSTYNE WRIGHT and JONATHAN WRIGHT as successors in interest of DANIEL LEE WRIGHT (deceased); JACOB WRIGHT, individually; KHRYSTYNE WRIGHT, individually and JONATHAN WRIGHT, individually,**<br><br>Plaintiffs,<br><br>v.<br><br>**CYRUS YANOS, et al.,**<br><br>Defendants. | 2:15-cv-02671-TLN-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT KERNAN TO FILE RESPONSIVE PLEADING**<br><br>Judge: The Hon. Carolyn K. Delaney<br>Trial Date: None set<br>Action Filed: December 24, 2015 |

On February 28, 2020, the Court ruled on Defendants' motions to dismiss and for judgment on the pleadings. The Court denied the motion as to Defendant Kernan, the only Defendant who has not yet answered the complaint. Accordingly, Defendant Kernan's responsive pleading is currently due on March 13, 2020.

///

1

The parties have agreed to stipulate to extend Defendant Kernan's responsive pleading deadline by two weeks, or until April 27, 2020.

**IT IS SO STIPULATED.**

| Dated: March 11, 2020 | */s/ Stewart Katz*<br>Stewart Katz<br>Law Offices of Stewart Katz<br>*Attorney for Plaintiffs* |
|---|---|
| Dated: March 11, 2020 | */s/ Janet Chen*<br>Janet N. Chen<br>Deputy Attorney General<br>*Attorney for Defendants*<br>*Dunne, Ponder, Kernan, Suskauer, Newman, Heatley, Smiley, and Lizarraga* |

**IT IS SO ORDERED.**

| Dated: March 12, 2020 | Troy L. Nunley<br>United States District Judge |
|---|---|