1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  TYLER V. HEATH, State Bar No. 271478
   Supervising Deputy Attorney General
3  JANET N. CHEN, State Bar No. 283233
   Deputy Attorney General
4  BRIAN S. CHAN, State Bar No. 299926
   Deputy Attorney General
5    1300 I Street, Suite 125
     P.O. Box 944255
6    Sacramento, CA 94244-2550
     Telephone: (916) 210-7368
7    Fax: (916) 324-5205
     E-mail: Brian.Chan@doj.ca.gov
8  *Attorneys for Defendants Dunne, Ponder,
   Newman, Suskauer, and Kernan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACOB WRIGHT, KHRYSTYNE WRIGHT and JONATHAN WRIGHT as successors in interest of DANIEL LEE WRIGHT (deceased); JACOB WRIGHT, individually; KHRYSTYNE WRIGHT, individually and JONATHAN WRIGHT, individually,**<br><br>                    Plaintiffs,<br><br>     v.<br><br>**CYRUS YANOS, et al.,**<br><br>                    Defendants. | Case No. 2:15-cv-02671-TLN-CKD<br><br>**STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER AND GRANT LEAVE TO REMOTE DEPOSITION** |

On March 11, 2021, the Court issued a Pretrial Scheduling Order that set pretrial discovery deadlines in this action. (ECF No. 49.) Pursuant to this Order, the Parties currently have until August 18, 2022, to complete non-expert discovery, and until October 13, 2022, to designate and disclose any expert witnesses they propose to tender at trial. (*Id.* at 2.)

1

Stip. and Order to Modify Pretrial Scheduling Order and Grant Leave to Conduct Remote Depo.
(2:15-cv-02671-TLN-CKD)

1  The Parties are currently in the process of completing non-expert discovery, but due to
2  scheduling conflicts and other unanticipated delays, both Parties require additional time to
3  respond to written discovery, to conduct depositions, to obtain deposition transcripts, and to retain
4  and designate expert witnesses.

5  The Parties are also currently arranging for Defendants to take Plaintiff Jonathan Wright's
6  deposition by oral examination. Because Plaintiff Jonathan Wright currently resides in Oregon,
7  the Parties have agreed it would be more efficient to conduct this deposition by video conference
8  rather than in person.

9  **THE PARTIES THEREFORE STIPULATE** as follows:

10  1. That the Pretrial Scheduling Order be modified to extend the non-expert discovery
11  deadline by forty-five days, or from August 18, 2022, to October 1, 2022;

12  2. That the Pretrial Scheduling Order be modified to extend the expert disclosure
13  deadline by sixty days, or from October 13, 2022, to December 12, 2022; and

14  3. That under Federal Rule of Civil Procedure 30(b)(4), the Defendants shall have the
15  Court's leave to conduct Plaintiff Jonathan Wright's oral deposition by video conference or other
16  remote means.

17  **IT IS SO STIPULATED.**

18  Dated: August 3, 2022                LAW OFFICE OF STEWART KATZ

19                                      */s/ Stewart Katz*
                                        Stewart Katz[1]
20                                      Attorney for Plaintiffs

21

22  Dated: August 3, 2022                ROB BONTA
                                        Attorney General of California
23                                      TYLER HEATH
                                        Supervising Deputy Attorney General
24

25                                      */s/ Brian S. Chan*
                                        Brian S. Chan
26                                      *Attorneys for Defendants*

27  ─────────────────────────

28  [1] As required by Eastern District Local Rule 133(e), I attest under the penalty of perjury that concurrence in the filing of this document has been obtained from Stewart Katz.

2

**IT IS SO ORDERED.**

Dated: August 3, 2022

Troy L. Nunley
United States District Judge

3

Stip. and Order to Modify Pretrial Scheduling Order and Grant Leave to Conduct Remote Depo.
(2:15-cv-02671-TLN-CKD)