ROB BONTA, State Bar No. 202668
Attorney General of California
JANET N. CHEN, State Bar No. 283233
Supervising Deputy Attorney General
BRIAN S. CHAN, State Bar No. 299926
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7368
 Fax: (916) 324-5205
 E-mail: Brian.Chan@doj.ca.gov
*Attorneys for Defendants Dunne, Ponder,
Newman, Suskauer, and Kernan*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JACOB WRIGHT, KHRYSTYNE WRIGHT and JONATHAN WRIGHT as successors in interest of DANIEL LEE WRIGHT (deceased); JACOB WRIGHT, individually; KHRYSTYNE WRIGHT, individually and JONATHAN WRIGHT, individually,**<br><br>                                    Plaintiffs,<br><br>       v.<br><br>**CYRUS YANOS, et al.,**<br><br>                                    Defendants. | Case No. 2:15-cv-02671-TLN-CKD<br><br>**THIRD STIPULATION AND ORDER TO MODIFY PRETRIAL SCHEDULING ORDER** |

On March 11, 2021, the Court issued a Pretrial Scheduling Order that set pretrial deadlines in this action. (ECF No. 49.) On August 4, 2022, the Court granted and issued a stipulated order to modify the discovery deadlines. (ECF No. 52.) On September 20, 2022, the Court granted and issued a second stipulated order to modify the discovery deadlines. (ECF No. 54.) The Parties currently have until November 15, 2022, to complete non-expert discovery; January 26, 2023, to

designate and disclose any expert witnesses they propose to tender at trial; and April 20, 2023, to have all dispositive motions heard.  (*Id.*)

The Parties have made significant progress in completing non-expert discovery.  However, due to further unanticipated delays and scheduling conflicts, both Parties still require additional time to respond to remaining written discovery, to conduct remaining depositions—including depositions of person(s) most knowledgeable (PMK) under Federal Rule of Civil Procedure 30(b)(6), to obtain deposition transcripts, and to retain and designate expert witnesses. Specifically, Defendants' PMK witness is not available until after the current discovery deadline.

**THE PARTIES THEREFORE STIPULATE** as follows:

1. That the November 15, 2022 non-expert discovery deadline be extended by six weeks to December 27, 2022;

2. That the January 26, 2023 expert disclosure deadline be extended by six weeks to March 9, 2023; and

3. That the April 20, 2023 deadline to hear dispositive motions be extended six weeks to June 1, 2023; and

/ / /

/ / /

/ / /

4.   That the Parties shall have the Court's leave under Federal Rule of Civil Procedure 30(b)(4) to conduct oral depositions by video conference or other remote means.

**IT IS SO STIPULATED.**

Dated: November 9, 2022                     LAW OFFICE OF STEWART KATZ

*/s/ Stewart Katz (as authorized on 11/8/2022)*
Stewart Katz
Attorney for Plaintiffs


Dated: November 9, 2022                     ROB BONTA
                                            Attorney General of California
                                            JANET N. CHEN
                                            Supervising Deputy Attorney General


*/s/ Brian S. Chan*
Brian S. Chan
*Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: November 9, 2022

Troy L. Nunley
United States District Judge