Rob Bonta, State Bar No. 202668
Attorney General of California
Janet N. Chen, State Bar No. 283233
Supervising Deputy Attorney General
Brian S. Chan, State Bar No. 299926
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7368
 Fax: (916) 324-5205
 E-mail: Brian.Chan@doj.ca.gov
*Attorneys for Defendants Dunne, Ponder, Kernan, Suskauer, and Newman*

CASE LAW LTD.
Jeffrey L. Mendelman, State Bar #305629
580 California Street, Fl. 12
San Francisco, CA 94104
Telephone: (833) 227-3583
E-mail: admin@caselawltd.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JACOB WRIGHT, KHRYSTYNE WRIGHT and JONATHAN WRIGHT as successors in interest of DANIEL LEE WRIGHT (deceased); JACOB WRIGHT, individually; KHRYSTYNE WRIGHT, individually and JONATHAN WRIGHT, individually,**<br><br>                              Plaintiffs,<br><br>    v.<br><br>**CYRUS YANOS, et al.,**<br><br>                              Defendants. | 2:15-cv-02671-TLN-CKD<br><br>**STIPULATION AND ORDER TO ATTEND SETTLEMENT CONFERENCE AND MODIFY SCHEDULING ORDER**<br><br><br>Trial Date:     None set<br>Action Filed:  December 24, 2015 |

The parties believe that a settlement conference would be beneficial in this case and agree to attend a settlement conference before the end of the calendar year. The parties jointly request Chief Magistrate Judge Newman to conduct the settlement conference. Chief Magistrate Judge Newman's chambers has tentatively held December 1, 2023, as the date of the settlement conference pending order of this Court.

Additionally, in light of the request to attend a settlement conference, the Parties stipulate to extend the deadline to file dispositive motions until thirty days after the date of the settlement conference, if the case does not settle. The current deadline to hear dispositive motions is October 5, 2023. (*See* ECF No. 76.) This is the parties' ninth stipulated request to modify the scheduling order. (See ECF Nos. 49, 52, 54, 58, 59, 69, 71, 73, 76.) Since the last stipulated request to modify the scheduling order, the Parties have conducted all expert discovery including all expert depositions. Good cause exists to modify the scheduling order to extend the current motion for summary judgment deadline until after the settlement conference, because if the case settles, there will be no need to hear motions for summary judgment. It should be noted that Plaintiffs still intend to file their dispositive motion for summary judgment/adjudication on the current schedule.

**THE PARTIES THEREFORE STIPULATE** as follows:

1. That the Court set this case for a settlement conference this calendar year before Magistrate Judge Newman, to wit, the December 1, 2023, at 9:00 a.m., date currently held; and

2. That the October 5, 2023 deadline to hear dispositive motions be modified such that the Parties will have until thirty-one days after the settlement conference on December 1, 2023, to file any dispositive motions in this case, if the case does not settle, for a deadline of **January 2, 2024.**

IT IS SO STIPULATED.

Dated: August 23, 2023                                          CASE LAW LTD.

*/s/ Jeffrey Mendelman (authorized on 8/23/23)*
Jeffrey L. Mendelman
Attorney for Plaintiffs

1  Dated: August 23, 2023

3                                                              */s/ Brian S. Chan*
                                                              Brian S. Chan
                                                              *Attorneys for Defendants*

6     **IT IS SO ORDERED.**

8  Dated: August 24, 2023
                                                              _____
                                                              Troy L. Nunley
                                                              United States District Judge